IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BAUERMEISTER, Shareholder, and HMONG SATELLITE T.V., INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV330 |
| v. | ) ) | |
| HOST GATOR, L.L.C., | ) ) | ORDER AND JUDGMENT |
| Defendant. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice.

DATED this 5th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court